Joshua R. Furman, Bar No. 225461
jrf@furmanlawyers.com
JOSHUA R. FURMAN LAW CORPORATION
14724 Ventura Boulevard, Suite 509
Sherman Oaks, California 91403
Telephone:   (818) 646-4300
Facsimile:    (818) 646-4301

*Attorney for Intervenor*
WESTSIDE DELIVERY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | **CASE NO.  2:17-cv-00785-R-RAO** |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | |
| ALPHA THERAPEUTIC CORPORATION; AOC, LLC; CAMBRO MANUFACTURING COMPANY; CATALINA YACHTS, INC.; GLASTEEL OF TENNESSEE INC.; GRUBER SYSTEMS, INC.; HARRINGTON INDUSTRIAL PLASTICS, LLC; HYDRO SYSTEMS, INC.; JBI LLC; PARK INTERNATIONAL CORPORATION; RESINART CORPORATION; SEMTECH CORPORATION; SILVESTRI STUDIO, INC.; TE CONNECTIVITY CORPORATION; THREE BOND INTERNATIONAL, INC.; UNITRODE CORPORATION; and WATKINS MANUFACTURING CORPORATION, | |
| Defendants. | |

Notice of Appeal

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Intervenor WESTSIDE DELIVERY, LLC appeals to the United States Court of Appeals for the Ninth Circuit from the following orders of the District Court:

1. Order Granting Plaintiff's Motion for Entry of Consent Decree, entered August 1, 2017 (Exhibit A); as merged with

2. Order Granting Motion to Lift Stay and Motion to Dismiss Intervenor Complaint, entered May 29, 2018 (Exhibit B).

Pursuant to Circuit Rule 3-2 and FRAP 12(b), Intervenor's Representation Statement is attached hereto as Exhibit C.

DATED: June 28, 2018                JOSHUA R. FURMAN LAW CORP.


By:        */s/ Joshua R. Furman*
           JOSHUA R. FURMAN
           *Attorney for*
           WESTSIDE DELIVERY, LLC